# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT  [X] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

## OFFENSE CHARGED

Count 1: 18 U.S.C. 1349 - Conspiracy to Commit Honest Services Wire Fraud

Count 2: 18 U.S.C. 1001 - False Statements

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

PENALTY:  Maximum Penalties:
Count 1 - 20 years imprisonment; $250,000 fine; three years supervised release; $100 special assessment
Count 2 - 5 years imprisonment; $250,000 fine; three years supervised release; $100 special assessment

**DEFENDANT - U.S**
▶ Bryan Azevedo

**DISTRICT COURT NUMBER**
4:25-cr-00358 AMO

FILED
Oct 28 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI, IRS-CI, USPIS

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    [ ] U.S. ATTORNEY  [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   Craig H. Missakian

[X] U.S. Attorney  [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Abraham Fine

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) [X] If not detained give date any prior summons was served on above charges ▶ _____

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge

5) [ ] On another conviction         [ ] Federal [ ] State

6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [ ] No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
[ ] SUMMONS  [X] NO PROCESS*  [ ] WARRANT   Bail Amount: _____

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Oct 28 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN AZEVEDO, <br><br> Defendant. | CASE NO. 4:25-cr-00358 AMO <br><br> VIOLATIONS: <br> 18 U.S.C. § 1349 – Conspiracy to Commit Honest Services Wire Fraud; <br> 18 U.S.C. § 1001(a)(2) – False Statements; <br> 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture <br><br> OAKLAND VENUE |

# I N F O R M A T I O N

The United States Attorney charges:

### Introductory Allegations

At all times relevant to this Information:

1. The City of San Leandro was a city located in the Northern District of California.

2. Defendant BRYAN AZEVEDO ("AZEVEDO") was an elected City Councilperson for the City of San Leandro. AZEVEDO was first elected to the City Council in 2020 and was re-elected in 2024.

3. CO-CONSPIRATOR 1 was a resident of Oakland, California, and was a founder and co-owner of HOUSING COMPANY, an Oakland-based affordable housing company.

INFORMATION

4.      CO-CONSPIRATOR 2 was a resident of Oakland, California, was active in local politics, and was a founder and co-owner of HOUSING COMPANY.

5.      HOUSING COMPANY was an Oakland-based company with the stated mission of developing and manufacturing prefabricated modular homes made from shipping containers.

The Conspiracy to Commit Honest Services Wire Fraud

6.      Beginning on an unknown date, but no later than August of 2023, and continuing through at least on or about June 20, 2024, in the Northern District of California and elsewhere, AZEVEDO knowingly and intentionally conspired with CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, and others, known and unknown to the United States Attorney, to commit honest services wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1346, by knowingly and with the intent to defraud, participating in, devising, or intending to devise a scheme and artifice to defraud the public of its right to the honest services of AZEVEDO through bribes and/or kickbacks.

7.      The objectives of the scheme to defraud were, among other objectives, to obtain contracts and other benefits for HOUSING COMPANY from the City of San Leandro in exchange for personal financial benefits to AZEVEDO, including, but not limited to, cash and kickback payments from any housing units the City of San Leandro purchased from HOUSING COMPANY.

8.      In furtherance of the conspiracy, and in order to execute the honest services wire fraud scheme, in the Northern District of California and elsewhere, AZEVEDO, CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, and others known and unknown to the United States Attorney, used the following manner and means:

9.      In or about the summer of 2023, AZEVEDO attended a delegation trip to Vietnam sponsored by a business association controlled by CO-CONSPIRATOR 1's family. The business association paid AZEVEDO's expenses for that trip, including business class airfare, hotel, and meals for approximately 10 days. After the Vietnam trip, AZEVEDO, CO-CONSPIRATOR 1, and CO-CONSPIRATOR 2 met in person, during which AZEVEDO agreed to use his power as a San Leandro City Councilperson to help obtain a city contract for HOUSING COMPANY in exchange for a percentage of the sales price from whatever units the City of San Leandro ultimately purchased from

INFORMATION                                    2

HOUSING COMPANY. CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2 instructed AZEVEDO to open an LLC and bank account in his wife's name for the purpose of receiving the bribery and kickback payments and to mask AZEVEDO's involvement in the scheme.

10. On or about September 1, 2023, AZEVEDO created an LLC in his wife's name.

11. On or about September 12, 2023, AZEVEDO arranged for a bank account to be opened in the LLC's name for the purpose of receiving bribery and kickback payments from CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2.

12. On or about November 3, 2023, AZEVEDO and CO-CONSPIRATOR 1 had dinner at a restaurant in Alameda, California. During that dinner, CO-CONSPIRATOR 1 gave $2,000 in cash to AZEVEDO. AZEVEDO understood that CO-CONSPIRATOR 1 made this cash payment in exchange for AZEVEDO using his official position as a San Leandro City Councilperson to benefit HOUSING COMPANY.

13. On or about November 7, 2023, AZEVEDO deposited the $2,000 cash payment into the recently-opened bank account. This deposit caused an interstate wire communication.

14. During the fall of 2023 and spring of 2024, AZEVEDO took steps to benefit HOUSING COMPANY, including but not limited to advocating for an emergency shelter ordinance with members of San Leandro City government that would have benefitted HOUSING COMPANY, taking members of San Leandro City government to tour HOUSING COMPANY model units, and advocating for the purchase of HOUSING COMPANY units by the City of San Leandro. On or about June 17, 2024, AZEVEDO took a vote in the San Leandro City Council in furtherance of an emergency ordinance that would have benefitted HOUSING COMPANY.

### AZEVEDO Lies to Federal Agents

15. On or about January 15, 2025, AZEVEDO participated in an approximately one-hour interview with agents from the Federal Bureau of Investigation (FBI) and Internal Revenue Service, Criminal Investigations (IRS-CI). The agents told AZEVEDO at the beginning of the interview that it was a crime to lie to federal agents.

16. During the interview, FBI and IRS-CI agents asked AZEVEDO whether he received cash payments from CO-CONSPIRATOR 1 in November 2023 and AZEVEDO responded that he had not.

Agents also asked AZEVEDO whether CO-CONSPIRATOR 1's family had business interests before the City of San Leandro and AZEVEDO responded that it did not. These statements AZEVEDO made to the agents were false and AZEVEDO knew they were false.

COUNT ONE:    (18 U.S.C. § 1349 – Conspiracy to Commit Honest Services Wire Fraud)

17. Paragraphs 1 to 16 are hereby re-alleged and incorporated by reference as if fully set forth herein.

18. Beginning on an unknown date, but no later than August 2023, and continuing through at least on or about June 20, 2024, in the Northern District of California and elsewhere, the defendant,

BRYAN AZEVEDO

did knowingly and intentionally conspire with CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, and others, known and unknown to the United States Attorney, to commit honest services wire fraud, that is, having devised and intending to devise a material scheme and artifice to defraud the City of Leandro, and the citizens of San Leandro of their right to the honest and faithful services of the San Leandro City Council through bribery, kickbacks, and the concealment of material information, to transmit and cause to be transmitted by means of wire communication in interstate commerce writings, signs, signals, pictures and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Sections 1343 and 1346. All in violation of Title 18, United States Code, Section 1349.

COUNT TWO:    (18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency)

19. Paragraphs 1 to 18 are hereby re-alleged and incorporated by reference as if fully set forth herein.

20. On or about January 15, 2025, in the Northern District of California, the defendant,

BRYAN AZEVEDO

did willfully and knowingly make materially false, fictitious, or fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically an investigation by the Federal Bureau of Investigation and Internal Revenue Service Criminal Investigations, by stating that CO-CONSPIRATOR 1 did not provide him with cash in 2023 and that CO-CONSPIRATOR 1's family did not have any business interests before the City of San

INFORMATION                                        4

Leandro. These statements and representations were false because, as AZEVEDO then and there knew, CO-CONSPIRATOR 1 paid a $2,000 cash bribe to AZEVEDO, and HOUSING COMPANY, which CO-CONSPIRATOR 1 owned in part, had business interests before the City of San Leandro.

All in violation of 18, United States Code, Section 1001(a)(2).

<u>FORFEITURE ALLEGATION</u>:   (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

21. The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

22. Upon conviction for the offense set forth in this Information, the defendant,

BRYAN AZEVEDO

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//
//
//

INFORMATION                                             5

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: _October 28, 2025_____                    CRAIG H. MISSAKIAN
                                                 United States Attorney


                                                 _/s/_____
                                                 ABRAHAM FINE
                                                 MOLLY K. PRIEDEMAN
                                                 LLOYD FARNHAM
                                                 Assistant United States Attorneys