UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN AZEVEDO,<br><br>Defendant. | Case No. 4:25-cr-00358-YGR-1  (KAW)<br><br>**ORDER DENYING REQUEST FOR ATTORNEY APPOINTMENT WITHOUT PAYMENT**<br><br>Re: Dkt. No. 7 |

On November 12, 2025, Defendant Bryan Azevedo made his initial appearance and requested that counsel be appointed due to his inability to pay pursuant to 18 U.S.C. § 3006A. (11/12/25 Minutes, Dkt. No. 7.) Upon review of his financial affidavit, however, the Court finds that Defendant is ineligible for appointment because he has sufficient assets to retain counsel, while also considering the cost of the necessities of life, the cost of securing pretrial release, and any asset encumbrance resulting from the pending charges.[1] If accessing substantial non-liquid assets, i.e., borrowing against them, is not feasible for Defendant, he may request a further hearing on this issue. Accordingly, Defendant's request for attorney appointment is DENIED without prejudice to request a hearing to present additional information to establish eligibility.

IT IS SO ORDERED.

Dated: November 14, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] Additionally, the Court notes that Defendant's financial affidavit was incomplete, as it did not disclose the amount of money contained in his savings and checking accounts. Notwithstanding this omission, Defendant's affidavit identified sufficient assets to cover the cost of his defense.