UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** February 11, 2026        **Time:** 30 minutes        **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 25-cr-358-YGR        **Case Name:** UNITED STATES v. Bryan Azevedo

**Attorney for Plaintiff: Abraham Harry Fine and Molly Priedeman**
**Attorney for Defendant: Steve Gary Kalar**
**Defendant: Bryan Azevedo  [ X ] Present   [  ] Not Present**
**Defendant's Custodial Status: [  ] In Custody  [ X ] Not in Custody**

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Reported by:** Stephen Franklin; via Zoom

### PROCEEDINGS

Change of Plea - Held.

The defendant is sworn. The Plea Agreement is signed and filed in Court. The Court finds the defendant to be fully competent and capable of entering a plea. The Court finds factual basis for the plea. The defendant enters a plea of guilty as to Counts One and Two of the Information. The plea is accepted by the Court. The defendant is adjudged guilty of the offense.

Case is continued to December 3, 2026, at 11:00 a.m. for Status Conference.